MEYER BLUMBERG, Respondent, v. FRANK GIORGIO, JR., Trustee in Bankruptcy, Substituted in Place of NOX REALTY CORPORATION, Appellant; ISIDOR WITKIND and Another, Defendants.— Motion for an order resettling the order entered herein on the 19th day of February, 1932, by striking therefrom the recital that the appellant moved this court for a reargument of the appeal, denied, without costs.  The

order, as entered, contains no such recital. Present — Lazansky, P. J., Young, Kapper, Hagarty and Carswell, JJ.